United States District Court
Southern District of Texas
FILED

JAN 3 1 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No.   M-17-0048 |
| JILL MARIE MYERS | | |

## WAIVER OF INDICTMENT

I, JILL MARIE MYERS, the above named Defendant, who is accused of the following:

      On or about June 2004, to on or about June 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant, **JILL MARIE MYERS** with the intent to injure or defraud a bank insured by the Federal Deposit Insurance Corporation, namely First National Bank and PlainsCapital Bank, did knowingly make false entries in any book, report, or statement of the bank, to wit; create false cash out credits for $500,000.00 and $750,000.00 along with corresponding false general ledger debits, when in truth and in fact, the defendant knew that the entries were false and fictitious.  In violation of Title 18, United States Code, Section 1005.

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open Court on the 31st day of January, 2017, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
      Judicial Officer